**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Cartez HUNTLEY,
Defendant/Appellant.**

**No. ED 83176.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 22, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 10, 2004.

S. Kristina Starkes, St. Louis, MO, for
appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Leslie E. McNamara, Assistant Attorney General, Jefferson City, MO, for
respondent.

Before GLENN A. NORTON, P.J. and
KATHIANNE KNAUP CRANE, J. and
MARY K. HOFF, J.

ORDER

PER CURIAM.

Cartez Huntley (Defendant) appeals
from the trial court's judgment and sentence imposed after a jury found him
guilty of the class A felony of robbery in
the first degree, in violation of Section
569.020,[1] and armed criminal action, in violation of Section 571.015. The trial court
granted Defendant's motion for judgment
of acquittal on the armed criminal action
charge and sentenced him to fourteen
years imprisonment on the robbery conviction. This appeal follows.

1. All statutory references are to RSMo 2000

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be
without merit. No error of law appears.
Rule 30.25(b). An extended opinion reciting the detailed facts and restating the
principles of law applicable to this case
would have no jurisprudential value. We
affirm the judgment pursuant to Rule
30.25(b).

The parties have been furnished with a
memorandum for their information only,
setting forth the reasons for the order
affirming the judgment pursuant to Rule
30.25(b).

unless otherwise indicated.